

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

John Damien Luis Montiel, Appellant

No. 06-24-00008-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law of Cass County, Texas (Tr. Ct. No. 2022F00161). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, John Damien Luis Montiel, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 11, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk